# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| THOMAS WILLIAM WOJNAROWSKI, | )<br>) |
| Petitioner, | ) 14-cv-00687<br>) |
| v. | ) **ELECTRONICALLY FILED**<br>) |
| SUPERINTENDENT NORMAN DEMMING; THE ATTORNEY GENERAL OF THE STATE OF PENNSYLVANIA; and WESTMORELAND COUNTY DISTRICT ATTORNEY, | )<br>)<br>)<br>)<br>)<br>) |
| Respondents. | ) |

**MEMORANDUM ORDER ADOPTING MAGISTRATE JUDGE'S
REPORT AND RECOMMENDATION (DOC. NO. 22)**

Pending before the Court is Petitioner Thomas William Wojnarowski's Petition Under 28 U.S.C. § 2254 for Writ of Habeas Corpus. (Doc. No. 2). The matter was referred to United States Magistrate Judge Cynthia Reed Eddy for report and recommendation in accordance with the Magistrate Judges Act, 28 U.S.C. § 636(b)(1), and Rules 72.1.3 and 72.1.4 of the Local Rules for Magistrate Judges.

The magistrate judge filed a Report and Recommendation (Doc. No. 22) on March 3, 2017, recommending that the Petition for Writ of Habeas Corpus be denied and that no certificate of appealability be issued. Petitioner was served with the Report and Recommendation at his listed address and was advised that he had March 20, 2017, to file written objections to the Report and Recommendation. Petitioner filed a timely request for an extension of time to file objections, (Doc.

1

No. 23), which request was granted. (Doc. No. 24). Petitioner's time to file written objections was extended until April 20, 2017. To date, no objections have been filed.

After *de novo* review of the petition and documents in the case, together with the Report and Recommendation, the following order is entered:

**AND NOW**, this 25th day of April, 2017:

**IT IS ORDERED** that the Petition for Writ of Habeas Corpus filed by Petitioner, Thomas William Wojnaroski, is **DENIED**.

**IT IS FURTHER ORDERED** that no certificate of appealability shall issue.

**IT IS FURTHER ORDERED** that the Report and Recommendation (Doc. No. 22) dated March 3, 2017, is **ADOPTED** as the Opinion of the Court.

**IT IS FURTHER ORDERED** that the Clerk of Court mark this case **CLOSED**.

**AND IT IS FURTHER ORDERED** that pursuant to Rule 4(a)(1) of the Federal Rules of Appellate Procedure, Petitioner has thirty (30) days after judgment is entered to file a to file a notice of appeal as provided by Rule 3 of the Federal Rules of Appellate Procedure.

**SO ORDERED** this 25th day of April, 2017.


s/Arthur J. Schwab
Arthur J. Schwab
United States District Judge

cc: THOMAS WILLIAM WOJNAROWSKI
HJ-5106
SCI Dallas
1000 Follies Road
Dallas, PA 18612
(via U.S. First Class Mail)

Jacquelyn A. Knupp
Westmoreland County District Attorney's Office
(via CM/ECF electronic notification)